**Donald L. COLLINS Plaintiff-Appellant**

v.

**Nancy A. BERRYHILL, Acting Commissioner of Social Security Defendant-Appellee**

No. 16-3893

United States Court of Appeals,
Eighth Circuit.

Submitted: November 6, 2017

Filed: November 9, 2017

Daniel J. Devine, Devine & Chollett, Kansas City, MO, James H. Green, Kansas City, MO, for Plaintiff-Appellant

Meghan Jane McEvoy, Assistant Regional Counsel, Social Security Administration, Office of General Counsel Region VII, Kansas City, MO, Matthew N. Sparks, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Defendant-Appellee

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Donald L. Collins appeals the district court's [1] order affirming the denial of dis-

1. The Honorable Stephen R. Bough, United States District Judge for the Western District

ability insurance benefits and supplemental security income. Having jurisdiction under 28 U.S.C. § 1291, this court affirms. Substantial evidence in the record as a whole supports the administrative law judge's findings. *See Perks v. Astrue*, 687 F.3d 1086, 1091 (8th Cir. 2012) (standard of review).

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.